1

2

3

4                           UNITED STATES DISTRICT COURT

5                           NORTHERN DISTRICT OF CALIFORNIA

6   SHERYL A. FRANKLIN,                    )        No. C 06-01335 SBA
                                           )
7              Plaintiffs,                 )        **ORDER TO SHOW CAUSE**
                                           )        **WHY CASE SHOULD NOT BE**
8       vs.                                )        **DISMISSED FOR FAILURE TO**
                                           )        **SERVE**
9   ASTRAZENECA                            )
    PHARMACEUTICALS, L.P, ET AL.           )        [DOCKET NO. 4]
10                                         )
               Defendants.                 )
11  _____

12

13

14       On February 23, 2006, Plaintiff Sheryl A. Franklin ("Plaintiff") filed a complaint against

15  defendants Astrazeneca Pharmaceuticals L.P, Astrazeneca L.P., and Eli Lilly and Company

16  (collectively, "Defendants").   On June 16, 2006, Plaintiff filed a Case Management Conference

17  Statement requesting the Court to continue the Case Management Conference, then scheduled for June

18  29, 2006, for approximately120 days, 1) because Plaintiff had not yet served Defendants and 2) because

19  this case falls within the purview of both Multidistrict Litigation Proceeding No. 1596 - *In re: Zyprexa*

20  *Products Liability Litigation* and Multidistrict Litigation Proceeding No. 1769 - *In re: Seroquel*

21  *Products Liability Litigation*.  Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required

22  to serve Defendant within 120 days of the filing of the complaint, that is by June 23, 2006.  As of the

23  date of this order, Plaintiff has not served Defendant.  Plaintiff has not shown good cause for her failure

24  to serve.  If service of the summons and complaint is not made upon Defendants within 120 days of the

25  filing of the complaint, the Court may dismiss the case without prejudice after providing notice to

26  Plaintiff.  *See* Fed. R. Civ. P. 4(m).

27       Accordingly,

28       IT IS HEREBY ORDERED THAT:

**United States District Court**
For the Northern District of California

(1)    Plaintiff and/or Plaintiff's counsel of record shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **July 5, 2006, at 4:00 p.m.** to show cause why the above-captioned case should not be dismissed without prejudice for failure to serve the complaint on Defendant.

(2)    No later than **Monday, July 3, 2006**, Plaintiff or Plaintiff's counsel of record must file a Certificate of Counsel with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to serve.

(3)    Please take notice that this Order requires both the specified court appearance and the filing of the Certificate of Counsel.  FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION.

IT IS FURTHER ORDERED THAT the Case Management Conference, currently scheduled for October 25, 2006 at 3:15 p.m., is VACATED.


IT IS SO ORDERED.


Dated: 6/28/06

_____
Saundra Brown Armstrong
United States District Judge

2